IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:16-cv-000534-FL

| | |
|---|---|
| WANSHIENDA O. TATUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR |
| v. ) | PAYMENT OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

It is ORDERED that Defendant pay to Plaintiff $4,777.50 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Daniel R. Lauffer, and mailed to counsel's office at 100 East Parrish Street, Suite 200, Durham, North Carolina 27701, in accordance with Plaintiff's assignment of the right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 12 day of January, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge

1