# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| WANSHIENDA O. TATUM )<br>           Plaintiff, )<br>)<br>v.                                     )<br>)<br>)<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>           Defendant. ) | **JUDGMENT**<br><br>No. 5:16-CV-534-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 12, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $4,777.50.

**This Judgment Filed and Entered on January 12, 2018, and Copies To:**

Daniel R. Lauffer (via CM/ECF Notice of Electronic Filing)
David M. Mansfield  (via CM/ECF Notice of Electronic Filing)


January 12, 2018                        PETER A. MOORE, JR., CLERK
                                                  /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk